## Pay

YMCA of Greater Kansas City

### Pay Statement

YMCA of Greater Kansas City
3100 Broadway Suite 1020
Kansas City, MO 64111

Michelle Love
5530 Paseo Blvd
Kansas City, MO 64110

| | |
|---|---|
| Date | 08/15/2008 |
| Document no | 128861 |
| **Net pay** | **785.49** |

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee no | 004196 | FIT | M 5 | Period start | 07/25/2008 | |
| Location | TROQ | SIT res | X 0 | Period end | 08/07/2008 | |
| Division | CFS | SIT work | X 0 | Pay group | FTEE8 - Full Time Emp 8 Hrs | |
| Branch | TROQ | | | Job | HDASTCH | |
| Department | EHDST | | | Pay frequency | Biweekly | |
| Site | Z | | | Pay rate | 9.7272 | |

#### Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Floating Holida | 0.00 | | 0.00 | 75.92 |
| Holiday | 0.00 | | 0.00 | 383.40 |
| Over Time | 0.25 | | 3.65 | 441.47 |
| Regular | 73.50 | | 714.95 | 11782.70 |
| Sick | 14.50 | | 141.04 | 391.58 |
| Vacation | 8.00 | | 77.82 | 578.89 |
| **Total hours** | **96.25** | | | |

#### Employee Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick pay | 3.08 | 21.44 |
| Vacation | 3.08 | 4.36 |

#### Deductions

| Deduction | Current | YTD |
|---|---|---|
| Metlaw Legal | 9.00 | 144.00 |
| Short-Term Disa | 7.64 | 128.88 |
| Unum Life Ins | 19.25 | 308.00 |

* This deduction may be pre-tax

#### Taxes

| Tax code | Current | YTD |
|---|---|---|
| Employee Medica | 13.59 | 197.98 |
| Social Security | 58.12 | 846.56 |
| MO State Income | 35.00 | 460.00 |
| Kansas City | 9.37 | 136.53 |

#### Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| XXXX1535 | Checking | 785.49 |
| Check amount | | 0.00 |
| Total net pay | | 785.49 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 937.46 | 937.46 | 116.08 | 35.89 | 785.49 |
| YTD | 13653.96 | 13653.96 | 1641.07 | 580.88 | 11432.01 |

**Pay**                                      YMCA of Greater Kansas City

**Pay Statement**

YMCA of Greater Kansas City
3100 Broadway Suite 1020
Kansas City, MO 64111

Michelle Love                  Date      08/29/2008
5530 Paseo Blvd
Kansas City, MO 64110        Document no   130405

Net pay      691.54

| Employee no | 004196 | FIT | M | 5 | Period start | 08/08/2008 |
|---|---|---|---|---|---|---|
| Location | TROQ | SIT res | X | 0 | Period end | 08/21/2008 |
| Division | CFS | SIT work | X | 0 | Pay group | FTEE8 - Full Time Emp 8 Hrs |
| Branch | TROQ | | | | Job | HDASTCH |
| Department | EHDST | | | | Pay frequency | Biweekly |
| Site | Z | | | | Pay rate | 9.7272 |

### Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Floating Holida | 0.00 | | 0.00 | 75.92 |
| Holiday | 0.00 | | 0.00 | 383.40 |
| Over Time | 0.50 | | 7.30 | 448.77 |
| Regular | 80.00 | | 778.18 | 12560.88 |
| Sick | 0.00 | | 0.00 | 391.58 |
| Vacation | 0.00 | | 0.00 | 578.89 |
| **Total hours** | **80.50** | | | |

### Employee Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick pay | 3.08 | 24.52 |
| Vacation | 3.08 | 7.44 |

### Deductions

| Deduction | Current | YTD |
|---|---|---|
| Metlaw Legal | 0.00 | 144.00 |
| Short-Term Disa | 0.00 | 128.88 |
| Unum Life Ins | 0.00 | 308.00 |

\* This deduction may be pre-tax

### Taxes

| Tax code | Current | YTD |
|---|---|---|
| Employee Medica | 11.39 | 209.37 |
| Social Security | 48.70 | 895.26 |
| MO State Income | 26.00 | 486.00 |
| Kansas City | 7.85 | 144.38 |

### Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| XXXX1535 | Checking | 691.54 |
| Check amount | | 0.00 |
| Total net pay | | 691.54 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 785.48 | 785.48 | 93.94 | 0.00 | 691.54 |
| YTD | 14439.44 | 14439.44 | 1735.01 | 580.88 | 12123.55 |

https://www2.intersourcing.com/WWW/TEMPLATES/ESS/EEPayrollPayStatementDetail...  9/11/2008

Pay                                                                YMCA of Greater Kansas City

## Pay Statement

YMCA of Greater Kansas City
3100 Broadway Suite 1020
Kansas City, MO 64111

Michelle Love                                          Date            09/12/2008
5530 Paseo Blvd
Kansas City, MO 64110                                  Document no     131912

                                                       Net pay         634.28

| Employee no | 004196 | FIT | M | 5 | Period start | 08/22/2008 |
|---|---|---|---|---|---|---|
| Location | TROQ | SIT res | X | 0 | Period end | 09/04/2008 |
| Division | CFS | SIT work | X | 0 | Pay group | FTEE8 - Full Time Emp 8 Hrs |
| Branch | TROQ | | | | Job | HDASTCH |
| Department | EHDST | | | | Pay frequency | Biweekly |
| Site | Z | | | | Pay rate | 9.7272 |

### Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Floating Holida | 0.00 | | 0.00 | 75.92 |
| Holiday | 8.00 | | 77.82 | 461.22 |
| Over Time | 1.50 | | 21.89 | 470.66 |
| Regular | 43.00 | | 418.27 | 12979.15 |
| Sick | 24.87 | | 241.92 | 633.50 |
| Vacation | 0.00 | | 0.00 | 578.89 |
| Total hours | 77.37 | | | |

### Employee Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick pay | 3.08 | 2.73 |
| Vacation | 3.08 | 10.52 |

### Deductions

| Deduction | Current | YTD |
|---|---|---|
| Metlaw Legal | 9.00 | 153.00 |
| Short-Term Disa | 7.64 | 136.52 |
| Unum Life Ins | 19.25 | 327.25 |

* This deduction may be pre-tax

### Taxes

| Tax code | Current | YTD |
|---|---|---|
| Employee Medica | 11.02 | 220.39 |
| Social Security | 47.11 | 942.37 |
| MO State Income | 24.00 | 510.00 |
| Kansas City | 7.60 | 151.98 |

### Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| XXXX1535 | Checking | 634.28 |
| Check amount | | 0.00 |
| Total net pay | | 634.28 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 759.90 | 759.90 | 89.73 | 35.89 | 634.28 |
| YTD | 15199.34 | 15199.34 | 1824.74 | 616.77 | 12757.83 |

# Pay

**YMCA of Greater Kansas City**

## Pay Statement

YMCA of Greater Kansas City
3100 Broadway Suite 1020
Kansas City, MO 64111

Michelle Love
5530 Paseo Blvd
Kansas City, MO 64110

| | |
|---|---|
| Date | 09/26/2008 |
| Document no | 133383 |
| **Net pay** | **671.30** |

| | | | | | |
|---|---|---|---|---|---|
| Employee no | 004196 | FIT | M 5 | Period start | 09/05/2008 |
| Location | TROQ | SIT res | X 0 | Period end | 09/18/2008 |
| Division | CFS | SIT work | X 0 | Pay group | FTEE8 - Full Time Emp 8 Hrs |
| Branch | TROQ | | | Job | HDASTCH |
| Department | EHDST | | | Pay frequency | Biweekly |
| Site | Z | | | Pay rate | 9.7272 |

### Earnings

| Pay type | Hours | Pay rate | Current | YTD |
|---|---|---|---|---|
| Floating Holida | 0.00 | | 0.00 | 75.92 |
| Holiday | 0.00 | | 0.00 | 461.22 |
| Over Time | 1.75 | | 25.53 | 496.19 |
| Regular | 80.00 | | 778.18 | 13757.33 |
| Sick | 0.00 | | 0.00 | 633.50 |
| Vacation | 0.00 | | 0.00 | 578.89 |
| **Total hours** | **81.75** | | | |

### Employee Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Sick pay | 3.08 | 5.81 |
| Vacation | 3.08 | 13.60 |

### Deductions

| Deduction | Current | YTD |
|---|---|---|
| Metlaw Legal | 9.00 | 162.00 |
| Short-Term Disa | 7.64 | 144.16 |
| Unum Life Ins | 19.25 | 346.50 |

\* This deduction may be pre-tax

### Taxes

| Tax code | Current | YTD |
|---|---|---|
| Employee Medica | 11.65 | 232.04 |
| Social Security | 49.83 | 992.20 |
| MO State Income | 27.00 | 537.00 |
| Kansas City | 8.04 | 160.02 |

### Net Pay Distribution

| Account | Type | Amount |
|---|---|---|
| XXXX1535 | Checking | 671.30 |
| Check amount | | 0.00 |
| Total net pay | | 671.30 |

| | Gross | FIT taxable wages | Taxes | Deductions | Net pay |
|---|---|---|---|---|---|
| Current | 803.71 | 803.71 | 96.52 | 35.89 | 671.30 |
| YTD | 16003.05 | 16003.05 | 1921.26 | 652.66 | 13429.13 |